1 | Timothy J. Fricker (SBN 183309)
  | James G. Mellen (SBN 122035)
2 | FRICKER & MELLEN & ASSOCIATES
  | Tribune Tower
3 | 409 13th Street, 17th Floor
  | Oakland, CA 94612
4 | Telephone: (510) 663-8484
  | Facsimile: (510) 663-0639
5 |
  | Attorneys for Plaintiff
6 | MARCO C. LOBASCIO

7 |
  | C. Mark Humbert (SBN 111093)
8 | Joanne M. Ryan (SBN 199193)
  | GREEN & HUMBERT
9 | 220 Montgomery Street, Suite 438
  | San Francisco, California 94104
10| Telephone: (415) 837-5433
  | Facsimile: (415) 837-0127
11|
  | Attorneys for Defendant
12| URS CORPORATION SHORT AND
  | LONG TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO C. LOBASCIO, | Case No. C 05-4172 SC |
| Plaintiff, | **STIPULATION FOR DE NOVO REVIEW; [proposed] ORDER** |
| vs. | |
| URS CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN, | **ORDER DENYING STIPULATION** |
| Defendant. | |

1   WHEREAS, the parties attended a mediation in this case on May 24, 2006, and

2   WHEREAS, the parties are in the process of investigating several issues raised

3   at the mediation and hope to continue their settlement discussions, and

4   WHEREAS, the parties wish to avoid the expense and delay of filing motions

5   going to the appropriate standard of review,

6   NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE

7   PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT:

8   Plaintiff's claim for benefits under ERISA § 502(a)(1)(B) shall be reviewed *de*

9   *novo* by the Court.

10

11  DATE: June 27, 2006                FRICKER & MELLEN & ASSOCIATES

12
                                       By: /s/ Timothy J. Fricker
13                                         TIMOTHY J. FRICKER
                                           JAMES G. MELLEN
14
                                       Attorneys for Plaintiff
15                                     MARCO C. LOBASCIO

16

17  DATE: June 21, 2006                GREEN & HUMBERT

18
                                       By: /s/ Joanne M. Ryan
19                                         C. MARK HUMBERT
                                           JOANNE M. RYAN
20
                                       Attorneys for Defendant
21                                     URS CORPORATION SHORT AND
                                       LONG TERM DISABILITY PLAN
22

23

24  I hereby attest that I have on file all holograph signatures for any signatures

25  indicated by a "conformed" signature (/s/) within this efiled document.

26  DATE:  June 27, 2006               GREEN & HUMBERT

27                                     By: /s/ Joanne M. Ryan
                                           JOANNE M. RYAN
28

Stipulation for De Novo Review; [proposed] Order – Case No. C 05-4172 SC          2

**ORDER**

Good cause appearing, and as stipulated by the parties, the Court hereby orders that Plaintiff's claim for benefits under ERISA § 502(a)(1)(B) will be reviewed by the Court *de novo*.

The hearing on Cross Motions on Standard of Review, currently set for August 4, 2006, is hereby vacated. A Further Case Management Conference is set for _____, 2006 at _____.

IT IS SO ORDERED.

DATE:  6/29/06



SAM
Unite
Judge Samuel Conti

DENIED