1  Timothy J. Fricker (SBN 183309)
   James G. Mellen (SBN 122035)
2  FRICKER & MELLEN & ASSOCIATES
   Tribune Tower
3  409 13th Street, 17th Floor
   Oakland, CA 94612
4  Telephone:  (510) 663-8484
   Facsimile:  (510) 663-0639
5
   Attorneys for Plaintiff
6  MARCO C. LOBASCIO

7
   C. Mark Humbert (SBN 111093)
8  Joanne M. Ryan (SBN 199193)
   GREEN & HUMBERT
9  220 Montgomery Street, Suite 438
   San Francisco, California  94104
10 Telephone:  (415) 837-5433
   Facsimile:  (415) 837-0127
11
   Attorneys for Defendant
12 URS CORPORATION SHORT AND
   LONG TERM DISABILITY PLAN
13

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | MARCO C. LOBASCIO,                            )  Case No. C 05-4172 SC
                                                  )
19 |         Plaintiff,                           )  **STIPULATION FOR DE NOVO REVIEW**
                                                  )  **AND SETTING HEARING ON CROSS**
20 |    vs.                                       )  **MOTIONS FOR SUMMARY JUDGMENT;**
                                                  )  [proposed] **ORDER**
21 | URS CORPORATION'S SHORT AND                  )
     LONG TERM DISABILITY PLAN,                   )
22                                                )
             Defendant.                           )
23                                                )
   _____ )
24

25

26

27

28

   Stipulation for De Novo Review and Setting Hearing; [proposed] Order - Case No. C 05-4172 SC

1     WHEREAS, the parties attended a mediation in this case on May 24, 2006, and

2     WHEREAS, the parties are in the process of investigating several issues raised
3 at the mediation and hope to continue their settlement discussions, and

4     WHEREAS, the parties wish to avoid the expense and delay of filing motions
5 going to the appropriate standard of review,

6     NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
7 PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT:

8     Plaintiff's claim for benefits under ERISA § 502(a)(1)(B) shall be reviewed *de*
9 *novo* by the Court, and

10     The parties will file Cross Motions for Summary Judgment by September 8, 2006,
11 with a hearing set for October 13, 2006.

12

13 DATE: June 30, 2006                FRICKER & MELLEN & ASSOCIATES

14
                                       By: /s/ Timothy J. Fricker
15                                             TIMOTHY J. FRICKER
                                            JAMES G. MELLEN
16
                                            Attorneys for Plaintiff
17                                             MARCO C. LOBASCIO

18 DATE: June 30, 2006                GREEN & HUMBERT
19
20                                             By: /s/ Joanne M. Ryan
                                            C. MARK HUMBERT
21                                             JOANNE M. RYAN

22                                             Attorneys for Defendant
                                            URS CORPORATION SHORT AND
23                                             LONG TERM DISABILITY PLAN

24     I hereby attest that I have on file all holograph signatures for any signatures
25 indicated by a "conformed" signature (/s/) within this efiled document.

26 DATE: June 30, 2006                GREEN & HUMBERT

27                                             By: /s/ Joanne M. Ryan
                                            JOANNE M. RYAN
28

**ORDER**

Good cause appearing, and as stipulated by the parties, the Court hereby orders that Plaintiff's claim for benefits under ERISA § 502(a)(1)(B) will be reviewed by the Court *de novo*.

The hearing on Cross Motions on Standard of Review, currently set for August 4, 2006, is hereby vacated. A hearing on Cross Motions for Summary Judgment is set for October 13, 2006 at 10:00 a.m., with the parties to file their Cross Motions by September 8, 2006.

IT IS SO ORDERED.

DATE:   7/6/06



United States District Judge
Judge Samuel Conti