```
Donald P. Sullivan (Cal. Bar # 191080)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA    94105
Tel: 415-442-1000
Fax:  415-442-1001
```

# UNITED STATES DISTRICT COURT
## Northern DISTRICT OF CALIFORNIA

| Marco C. Lobascio | CASE NUMBER: |
|---|---|
|  | C 05-4172 SC |
| v.  Plaintiff(s) |  |
| URS Corporation's Short & Long Term Disability Plan | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) |  |

URS Corporation's Short & Long Term Disability Plan   [ ] Plaintiff  [X] Defendant  [ ] Other _____
<br>*Name of Party*

hereby substitutes  Donald P. Sullivan  _____ who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   One Market, Spear Street Tower
<br>*Street Address*

San Francisco, CA   94105        415-442-1000        415-442-1001        191080
<br>*City, State, Zip Code*      *Telephone Number*      *Facsimile Number*      *State Bar Number*

as attorney of record in the place and stead of  C. Mark Humbert and Joanne M. Ryan
<br>*Present Attorney*

Dated: _____

*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.8 and further consent to the above substitution.

Dated: 8/22/06

*Signature of Present Attorney*
C. Mark Humbert

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 8/21/2006

*Signature of New Attorney*

Substitution of Attorney is hereby   [ ] Approved.   [ ] Denied.

Dated: _____

**United States District Judge / Magistrate Judge**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

Donald P. Sullivan (Cal. Bar # 191080)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA   94105
Tel: 415-442-1000
Fax: 415-442-1001

# UNITED STATES DISTRICT COURT
## Northern DISTRICT OF CALIFORNIA

Marco C. Lobascio

CASE NUMBER: C 05-4172 SC

Plaintiff(s)

v.

URS Corporation's Short & Long Term Disability Plan

Defendant(s)

**SUBSTITUTION OF ATTORNEY**

URS Corporation's Short & Long Term Disability Plan [ ] Plaintiff [X] Defendant [ ] Other _____
*Name of Party*

hereby substitutes Donald P. Sullivan _____ who is

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per   One Market, Spear Street Tower
*Street Address*

San Francisco, CA 94105         415-442-1000      415-442-1001      191080
*City, State, Zip Code*           *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of C. Mark Humbert and Joanne M. Ryan
*Present Attorney*

Dated: August 29, 2006

_[signature]_
*Signature of Party*

Regional Counsel, URS Corporation

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: _____

_____
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 8/21/2006

_[signature]_
*Signature of New Attorney*

Substitution of Attorney is hereby [ ] Approved.  [ ] Denied.

Dated: August 29, 2006

_[signature]_
United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

G-01 (06/02)                       SUBSTITUTION OF ATTORNEY

                                                                                         G01