1  MORGAN, LEWIS & BOCKIUS LLP
   NICOLE A. DILLER, State Bar No. 154842
2  DONALD P. SULLIVAN, State Bar No. 191080
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  Attorneys for Defendant
   URS CORPORATION SHORT & LONG TERM
6  DISABILITY PLAN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | MARCO C. LOBASCIO,              | Case No. C 05-4172 SC
11 |              Plaintiff,         | **STIPULATION AND [PROPOSED] ORDER STAYING CASE DUE TO CONFLICT OF INTEREST THAT HAS NECESSITATED SUBSTITUTION OF COUNSEL**
12 |         vs.                     |
13 | URS CORPORATION SHORT & LONG TERM DISABILITY PLAN, |
14 |                                 |
15 |              Defendant.         |

16         WHEREAS, Plaintiff Marco C. Lobascio ("Plaintiff") brought the above-titled action

17 against the URS Corporation Short & Long Term Disability Plan ("Plan") on or about October

18 14, 2005;

19         WHEREAS, the Plan is a fully-insured employee welfare benefit plan, as that term is

20 defined in section 3(1) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29

21 U.S.C. § 1002(1);

22         WHEREAS, since January 1, 1999, the disability benefits payable from the Plan have

23 been paid by an insurance policy issued to the Plan by the Life Insurance Company of North

24 America ("LINA");

25         WHEREAS, before January 1, 1999, the disability benefits payable from the Plan were

26 paid by the UNUM Life Insurance Company of America ("UNUM");

27         WHEREAS, the Plan tendered the defense of this case to LINA, and LINA accepted the

28 tender and hired the law firm of Green & Humbert to defend the Plan in this action;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
STAYING CASE (C 05-4172 SC)

1   WHEREAS, Plaintiff and the Plan attended a mediation session on May 24, 2006 with
2  Catherine A. Yanni, Esq. acting as mediator;

3   WHEREAS, Plaintiff was represented at the mediation by counsel, Timothy J. Fricker and
4  James G. Mellen of Fricker & Mellen & Associates, and the Plan was represented by counsel, C.
5  Mark Humbert and Joanne M. Ryan of Green & Humbert;

6   WHEREAS, counsel for the Plan and LINA learned for the first time at the mediation that
7  Plaintiff had received long-term disability benefits from UNUM on account of his disabling
8  condition;

9   WHEREAS, counsel for the Plan and LINA learned subsequent to the mediation that
10 UNUM paid disability benefits to Plaintiff from 1998 to sometime in 2000 when it terminated his
11 benefits;

12  WHEREAS, as part of the settlement of the lawsuits against UNUM brought by 49 states
13 and the U.S. Department of Labor, UNUM agreed to reassess its denial of claims for certain
14 disability benefits;

15  WHEREAS, counsel for the Plan and LINA recently learned that Plaintiff has elected to
16 participate in the reassessment program, and that UNUM is in the process of reassessing its
17 termination of Plaintiff's long-term disability benefits;

18  WHEREAS, if UNUM improperly terminated Plaintiff's long-term disability benefits,
19 UNUM, and not LINA, is the insurer that is likely to be required to provide Plaintiff the benefits
20 he is seeking by way of this lawsuit;

21  WHEREAS, the fact that UNUM, and not LINA, may be the proper defendant in this case
22 means that LINA may have to seek the joinder of UNUM in this action and sue UNUM to
23 recover the benefits it has already paid to Plaintiff;

24  WHEREAS, the fact that LINA may need to take a position adverse to UNUM has
25 necessitated a substitution of counsel for the Plan and LINA in this matter because Green &
26 Humbert presently represents UNUM in other disability benefit matters;

27  WHEREAS, LINA recently retained Morgan, Lewis & Bockius LLP ("Morgan Lewis") to
28 represent it and the Plan in this matter;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   STIPULATION AND [PROPOSED] ORDER
STAYING CASE (C 05-4172 SC)

WHEREAS, the Court signed the Order permitting Morgan Lewis to substitute in as counsel for the Plan in this matter on Tuesday, August 29, 2006;

WHEREAS, the Court has established a September 8, 2006 deadline for filing dispositive motions in this action;

WHEREAS, Morgan Lewis needs time to review the pleadings, correspondence, and discovery in this matter, and to collect additional information from UNUM, to assess the merits of Plaintiff's claims and any claims LINA and/or the Plan may have against UNUM;

WHEREAS, UNUM's reassessment of its 2000 decision to terminate Plaintiff's long-term disability benefits may make this entire lawsuit moot; and

WHEREAS, if this matter is not stayed, the Plan and LINA will be materially prejudiced because their counsel will not have sufficient time to analyze the merits of the action, join UNUM as a defendant, and asserts claims against UNUM.  Moreover, if UNUM decides to reinstate Plaintiff's benefits retroactive to the date it terminated them, this action might be moot;

NOW THEREFORE, FOR GOOD CAUSE SHOWN AND PURSUANT TO LOCAL RULE 7-12, THE PARTIES HEREBY STIPULATE and AGREE as follows:

1. This matter shall be stayed for 90 days and all pre-trial deadlines shall be vacated;

2. The Court shall set a date for hearing of cross motions for summary judgment in January 2007 or as soon thereafter as possible depending on the Court's schedule;

3. If UNUM has not completed its reassessment of Plaintiff's claim by December 2006, the parties will so inform the Court and may seek modification of the hearing date set by the Court for the parties cross-motions for summary judgment.

IT IS SO STIPULATED:
Dated: August _____, 2006                           MORGAN, LEWIS & BOCKIUS LLP

By     /S/ Donald P. Sullivan
       Donald P. Sullivan
       Attorneys for Defendant
       URS CORPORATION SHORT & LONG
       TERM DISABILITY PLAN

[SIGNATURES CONTINUED ON NEXT PAGE]

ATTORNEYS AT LAW
SAN FRANCISCO

3    STIPULATION AND [PROPOSED] ORDER
     STAYING CASE (C 05-4172 SC)

| | |
|---|---|
| Dated: August _____, 2006 | FRICKER & MELLON & ASSOCIATES |
| | By   /S/ Timothy J. Fircker (as authorized on August 31, 2006) |
| | Timothy J. Fircker |
| | James G. Mellon |
| | Attorneys for Plaintiff |
| | MARCO C. LOBASCIO |

## [~~PROPOSED~~] ORDER

For good cause shown, it is hereby ordered that:

1. This matter shall be stayed for 90 days and all pre-trial deadlines shall be vacated;

2. The Court shall hear the parties' cross-motions for summary judgment on __1/12/07___, 2007;  @  10:00 AM.

3. If UNUM has not completed its reassessment of Plaintiff's claim by December 2006, the parties will so inform the Court and may seek modification of the hearing date set by the Court for the parties cross-motions for summary judgment.

**IT IS SO ORDERED.**

Dated:_____

                                                The Hon. Samuel Conti
                                                U.S. District Judge

1-SF/7408097.1

STIPULATION AND [PROPOSED] ORDER STAYING CASE (C 05-4172 SC)