1 | MORGAN, LEWIS & BOCKIUS LLP
D. WARD KALLSTROM, State Bar No. 076937
2 | DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
3 | San Francisco, CA 94105-1126
Tel: 415.442.1000
4 | Fax: 415.442.1001

5 | Attorneys for Defendant
URS CORPORATION SHORT & LONG TERM
6 | DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARCO C. LOBASCIO, | Case No. C 05-4172 SC |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND [PROPOSED] ORDER STAYING CASE DUE TO CONFLICT OF INTEREST THAT HAS NECESSITATED SUBSTITUTION OF COUNSEL** |
| vs. | |
| URS CORPORATION SHORT & LONG TERM DISABILITY PLAN, | |
| Defendant. | |

WHEREAS, Plaintiff Marco C. Lobascio ("Plaintiff") brought the above-titled action against the URS Corporation Short & Long Term Disability Plan ("Plan") on or about October 14, 2005;

WHEREAS, the Plan is a fully-insured employee welfare benefit plan, as that term is defined in section 3(1) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1002(1);

WHEREAS, since January 1, 1999, the disability benefits payable from the Plan have been paid by an insurance policy issued to the Plan by the Life Insurance Company of North America ("LINA");

WHEREAS, before January 1, 1999, the disability benefits payable from the Plan were paid by the UNUM Life Insurance Company of America ("UNUM");

WHEREAS, the Plan tendered the defense of this case to LINA, and LINA accepted the

1   tender and hired the law firm of Green & Humbert to defend the Plan in this action;

2   WHEREAS, Plaintiff and the Plan attended a mediation session on May 24, 2006 with

3   Catherine A. Yanni, Esq. acting as mediator;

4   WHEREAS, Plaintiff was represented at the mediation by counsel, Timothy J. Fricker and

5   James G. Mellen of Fricker & Mellen & Associates, and the Plan was represented by counsel, C.

6   Mark Humbert and Joanne M. Ryan of Green & Humbert;

7   WHEREAS, counsel for the Plan and LINA learned for the first time at the mediation that

8   Plaintiff had received long-term disability benefits from UNUM on account of his disabling

9   condition;

10   WHEREAS, counsel for the Plan and LINA learned subsequent to the mediation that

11   UNUM paid disability benefits to Plaintiff from 1998 to sometime in 2000 when it terminated his

12   benefits;

13   WHEREAS, as part of the settlement of the lawsuits against UNUM brought by 49 states

14   and the U.S. Department of Labor, UNUM agreed to reassess its denial of claims for certain

15   disability benefits;

16   WHEREAS, counsel for the Plan and LINA recently learned that Plaintiff has elected to

17   participate in the reassessment program, and that UNUM is in the process of reassessing its

18   termination of Plaintiff's long-term disability benefits;

19   WHEREAS, if UNUM improperly terminated Plaintiff's long-term disability benefits,

20   UNUM, and not LINA, is the insurer that is likely to be required to provide Plaintiff the benefits

21   he is seeking by way of this lawsuit;

22   WHEREAS, the fact that UNUM, and not LINA, may be the proper defendant in this case

23   means that LINA may have to seek the joinder of UNUM in this action and sue UNUM to

24   recover the benefits it has already paid to Plaintiff;

25   WHEREAS, the fact that LINA may need to take a position adverse to UNUM has

26   necessitated a substitution of counsel for the Plan and LINA in this matter because Green &

27   Humbert presently represents UNUM in other disability benefit matters;

28   WHEREAS, LINA recently retained Morgan, Lewis & Bockius LLP ("Morgan Lewis") to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   STIPULATION AND [PROPOSED] ORDER
STAYING CASE (C 05-4172 SC)

1  represent it and the Plan in this matter;

2  WHEREAS, the Court signed the Order permitting Morgan Lewis to substitute in as
3  counsel for the Plan in this matter on Tuesday, August 29, 2006;

4  WHEREAS, the Court has established a December 8, 2006 deadline for filing dispositive
5  motions in this action;

6  WHEREAS, the Court entered an order on September 5, 2006 vacating all pre-trial
7  deadlines and setting a hearing on dispositive motions for January 12, 2007;

8  WHEREAS, the Court's September 5, 2006 Order stated that the parties were to inform
9  the Court if UNUM had not completed its reassessment of Plaintiff's claim by December 2006,
10 and that the parties may seek modification of the September 5, 2006 Order setting the hearing on
11 dispositive motions;

12 WHEREAS, UNUM has not completed its reassessment of Plaintiff's claim;

13 WHEREAS, UNUM has not yet produced its records regarding Plaintiff's claim file to
14 counsel for LINA;

15 WHEREAS, Plaintiff's and LINA's counsel will need time to review UNUM's records
16 regarding Plaintiff's UNUM claim to assess the merits of a possible claim against UNUM;

17 WHEREAS, UNUM's reassessment of its 2000 decision to terminate Plaintiff's long-term
18 disability benefits may make this entire lawsuit moot; and

19 WHEREAS, if this matter is not stayed, LINA will be materially prejudiced because their
20 counsel will not have sufficient time to analyze the merits of the action, join UNUM as a
21 defendant, and asserts claims against UNUM.  Moreover, if UNUM decides to reinstate
22 Plaintiff's benefits retroactive to the date it terminated them, this action might be moot;

23 NOW THEREFORE, FOR GOOD CAUSE SHOWN AND PURSUANT TO LOCAL
24 RULE 7-12, THE PARTIES HEREBY STIPULATE and AGREE as follows:

25 1.  This matter shall be stayed for an additional 60 days; and

26 / / /

27 / / /

28 / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
STAYING CASE (C 05-4172 SC)

2.  The Court shall set a date for hearing of cross motions for summary judgment in March 2007 or as soon thereafter as possible depending on the Court's schedule.

**IT IS SO STIPULATED:**

Dated: December 8, 2006                MORGAN, LEWIS & BOCKIUS LLP

By   /S/ Donald P. Sullivan
Donald P. Sullivan
Attorneys for Defendant
URS CORPORATION SHORT & LONG
TERM DISABILITY PLAN

Dated: December 11, 2006               FRICKER & MELLON & ASSOCIATES

By   /S/ James G. Mellon (as authorized on December 11, 2006)
Timothy J. Fricker
James G. Mellon
Attorneys for Plaintiff
MARCO C. LOBASCIO

### [~~PROPOSED~~] ORDER

For good cause shown, it is hereby ordered that:

1.  This matter shall be stayed for 60 days and all pre-trial deadlines shall be vacated;

2.  The Court shall hear the parties' cross-motions for summary judgment on ____3/23____, 2007; at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  12/13/06

IT IS SO ORDERED
Judge Samuel Conti

The Hon. Samuel Conti
U.S. District Judge

1-SF/7408097.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4                    STIPULATION AND [PROPOSED] ORDER
                     STAYING CASE (C 05-4172 SC)