MORGAN, LEWIS & BOCKIUS LLP
D. WARD KALLSTROM, State Bar No. 076937
DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
URS CORPORATION SHORT & LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO C. LOBASCIO,<br><br>    Plaintiff,<br><br>vs.<br><br>URS CORPORATION SHORT & LONG TERM DISABILITY PLAN,<br><br>    Defendant. | Case No. C 05-4172 SC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR FILING CROSS MOTIONS FOR SUMMARY JUDGMENT** |

   WHEREAS, Plaintiff Marco C. Lobascio ("Plaintiff") brought the above-titled action against the URS Corporation Short & Long Term Disability Plan ("Plan") on or about October 14, 2005;

   WHEREAS, the Plan is a fully-insured employee welfare benefit plan, as that term is defined in section 3(1) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1002(1);

   WHEREAS, since January 1, 1999, the disability benefits payable from the Plan have been paid by an insurance policy issued to the Plan by the Life Insurance Company of North America ("LINA");

   WHEREAS, before January 1, 1999, the disability benefits payable from the Plan were paid by the UNUM Life Insurance Company of America ("UNUM");

   WHEREAS, the Plan tendered the defense of this case to LINA, and LINA accepted the

1  tender and hired the law firm of Green & Humbert to defend the Plan in this action;

2  WHEREAS, Plaintiff and the Plan attended a mediation session on May 24, 2006 with

3  Catherine A. Yanni, Esq. acting as mediator;

4  WHEREAS, Plaintiff was represented at the mediation by counsel, Timothy J. Fricker and

5  James G. Mellen of Fricker & Mellen & Associates, and the Plan was represented by counsel, C.

6  Mark Humbert and Joanne M. Ryan of Green & Humbert;

7  WHEREAS, counsel for the Plan and LINA learned for the first time at the mediation, or

8  shortly thereafter, that Plaintiff had received long-term disability benefits from UNUM on

9  account of his disabling condition from 1998 to sometime in 2000, and that he had elected to

10 participate in the reassessment of terminated claims that UNUM agreed to do as part of its

11 settlement of a nationwide class action lawsuit brought by 49 states;

12 WHEREAS, if UNUM determined during its reassessment of Plaintiff's claim that it

13 improperly terminated his benefits, it, and not LINA, would be responsible for paying the benefits

14 to Plaintiff that Plaintiff is currently seeking from LINA by way of this lawsuit;

15 WHEREAS, the fact that UNUM, and not LINA, might be responsible for paying Plaintiff

16 the benefits he is seeking from LINA by way of this lawsuit required LINA to explore the

17 possibility of joining UNUM as a defendant in this case and seeking reimbursement from UNUM

18 for the benefits it had already paid to Plaintiff;

19 WHEREAS, the fact that LINA's and UNUM's interest in this action had become adverse

20 necessitated a substitution of counsel for the Plan and LINA because Green & Humbert currently

21 represents UNUM in other disability benefit matters;

22 WHEREAS, LINA retained Morgan, Lewis & Bockius LLP ("Morgan Lewis") to

23 represent it and the Plan in this matter;

24 WHEREAS, the parties stipulated to stay the case so that the Plan's and LINA's new

25 counsel could become familiar with the case and explore LINA's options for seeking relief from

26 UNUM, and so that UNUM could complete is reassessment of Plaintiff's claim;

27 WHEREAS, the Court entered the stipulations to stay the case on September 5 and

28 December 13, 2006; and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   STIPULATION AND [PROPOSED] ORDER
SETTING DATE FOR FILING MSJ (C 05-4172 SC)

1  WHEREAS, UNUM recently informed counsel for the Plan and LINA that it would not
2  be reinstating Plaintiff's benefits.
3  NOW THEREFORE, FOR GOOD CAUSE SHOWN AND PURSUANT TO LOCAL
4  RULE 7-12, THE PARTIES HEREBY STIPULATE and AGREE as follows:
5  1.  The Parties' cross motions for summary judgment shall be heard on Friday, June
6  22, 2007, or as soon thereafter as possible depending on the Court's schedule.

**IT IS SO STIPULATED:**

Dated: March 29, 2007                MORGAN, LEWIS & BOCKIUS LLP

                                     By    /S/ Donald P. Sullivan
                                     Donald P. Sullivan
                                     Attorneys for Defendant
                                     URS CORPORATION SHORT & LONG
                                     TERM DISABILITY PLAN

Dated: March 29, 2007                FRICKER & MELLON & ASSOCIATES

                                     By    /S/ Timothy J. Fricker (as authorized on
                                            March 29, 2007)
                                     Timothy J. Fricker
                                     James G. Mellon
                                     Attorneys for Plaintiff
                                     MARCO C. LOBASCIO

## [PROPOSED] ORDER

For good cause shown, it is hereby ordered that:

1.  The Parties' cross motions for summary judgment shall be heard on Friday,
   June 29    , 2007.  at 10:00 A.M.

**IT IS SO ORDERED.**

Dated: 4/3/07

*[Signature and seal: IT IS SO ORDERED, Judge Samuel Conti, United States District Court, Northern District of California]*

1-SF/7523575.2

3    STIPULATION AND [PROPOSED] ORDER
     SETTING DATE FOR FILING MSJ (C 05-4172 SC)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO