MORGAN, LEWIS & BOCKIUS LLP
DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
URS CORPORATION SHORT & LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO C. LOBASCIO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>URS CORPORATION SHORT & LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant. | Case No. C 05-4172 SC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

It is hereby stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-titled action be discontinued and dismissed with prejudice as to all parties, with each party bearing his, her, or its own fees and costs.

Dated: September 11, 2007          LAW OFFICES OF FRICKER & MELLEN


                                   By    /S/ James G. Mellen (as authorized on
                                          9/11/07)
                                         James G. Mellen
                                         Attorney for Plaintiff

Dated: September 11, 2007          MORGAN, LEWIS & BOCKIUS LLP


                                   By    /S/ Donald P. Sullivan
                                         Donald P. Sullivan
                                         Attorneys for Defendant

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. OF DISMISSAL AND [PROP] ORDER
C 05-4172 SC

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: September 11, 2007                         MORGAN, LEWIS & BOCKIUS LLP

                                                  By    /S/  Donald P. Sullivan
                                                       Donald P. Sullivan
                                                       Attorneys for Defendants

**[PROPOSED] ORDER**

The matter of *Marco C. Lobascio v. URS Corporation Short and Long Term Disability Plan*, United States District Court, Northern District of California, Case No. C 05-4172 SC is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated:   9/13/07

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1-SF/7578948.1